ILND 450 (Rev. 10/13) Judgment in a Civil Action

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Neyen Reinel Torres-Lopez,

Petitioner,

v.

Samuel Olson,

Respondent.

Case No.  25-cv-13044
Judge Manish Shah

### AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

       which ☐ includes     pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: in favor of petitioner and against respondent. Respondent must provide petitioner with a release hearing under 8 U.S.C. § 1226(a) within seven days of November 7, 2025, or otherwise release petitioner.

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a petition for writ of habeas corpus.


Date:  2/27/2026             Thomas G. Bruton, Clerk of Court

                               /Susan McClintic , Deputy Clerk